AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

**ADR**

GILBERTO FERNANDEZ JR
_Plaintiff_

v.

ALLIANCE BANCORP
_Defendant_

Civil Action No.

**C08 02909 HRL**

Summons in a Civil Action

To: _(Defendant's name and address)_ Alliance Bancorp
1000 Marina Blvd Ste 100, Brisbane
California 94005

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gilberto Fernandez Jr.
1461 Burrows Rd
Campbell, CA 95008

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

Name of clerk of court
Tiffany Salinas-Harwell

Date: JUN 1 1 2008

Deputy clerk's signature

_(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)_

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____
                                                                             Server's signature

                                                                             Printed name and title

                                                                             Server's address