AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the

**ADR**

GILBERTO FERNANDEZ JR )
Plaintiff
v. )
FIRST AMERICAN TITLE COMPANY )   Civil Action No.
Defendant )

Summons in a Civil Action

**C08  02909 HRL**

To: *(Defendant's name and address)*

FIRT AMERICAN TITLE COMPANY

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gilberto Fernandez Jr.
1461 Burrows Rd.
Campbell, CA 95008

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

_____
Name of clerk of court

Tiffany Salinas-Harwell
_____
Deputy clerk's signature

Date: JUN 1 1 2008
_____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*