AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

GILBERTO FERNANDEZ JR )
Plaintiff )
v. SECRETARY OF )   Civil Action No.
HENRY M. PAULSON, JR. THE TREASURY )
UNITED STATES
Defendant )
)
Summons in a Civil Action

**C08 02909**

*Filed JUN 19 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

**ADR**

To: *(Defendant's name and address)* HENRY M. PAULSON
SECRETARY OF the TREASURY UNITED STATES   HRL

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

Date: JUN 1 1 2008

Name of clerk of court

_____
Deputy clerk's signature

Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

 (1) personally delivering a copy of each to the individual at this place, _____
_____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

 (4) returning the summons unexecuted to the court clerk on _____; or

 (5) other (specify) _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

               _____
                      Server's signature

               _____
                      Printed name and title

               _____
                      Server's address