| | |
|---|---|
| NORTHERN DISTRICT COURT OF CALIFORNIA<br>Court Address: 280 S. 1st St Rm 4050 San Jose, CA 95113 | **FILED**<br>2008 JUN 19 A 11: 06<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |
| PLAINTIFF/PETITIONER:<br>    **GILBERTO FERNANDEZ JR**<br><br>DEFENDANTS:<br><br>    ALLIANCE BANCORP<br>  and GMAC MORTGAGE<br>  and NCC SERVING, LLC<br>  and GRAYSTONE SOLUTIONS, INC<br>  and EXECUTIVE TRUSTEE SERVICES, LLC<br>  and CONSUMER SOLUTION REO, LLC<br>  and FIRST AMERICAN TITLE COMPANY<br>    and SELECT PORTFOLIO SERVICING, INC<br><br>  and HENRY M. PAULSON, JR.,<br>  SECRETARY OF THE    TREASURY,<br>  UNITED STATES<br><br>  And MICHAEL B. MUKASEY, U.S.<br>  ATTORNEY GENERAL, as ALIEN<br>  PROPERTY CUSTODIAN<br><br>And all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title, or any cloud upon plaintiff's title thereto.<br><br>Real Party In Interest, Intervenor:<br><br>    **Gilberto-Junior: Fernandez** | ▲ COURT USE ONLY ▲<br><br>**WITHIN THE ADMIRALTY**<br><br>Case Number: C 08-2909 HRL<br><br> |
| Attorney or Party Without an Attorney<br>Name:      Gilberto-Junior: Fernandez<br>Address:    1461 Burrows Rd<br>            Campbell, CA 95008<br>Phone Number:  (408)871-9096<br>E-mail:     gilbert_fernandezjr@yahoo.com | |
| **LIS PENDENS** | |

Notice is hereby given that an action has been or is about to be commenced or is pending in the Northern District Court of California, Santa Clara County, California, between the above parties. The object of said action is for the Plaintiff to obtain declaratory judgment clarifying justiciable issues between Plaintiff and Defendants regarding contractual rights of affected property, legal description to wit:

LOT 30, AS SHOWN UPON THAT CERTAIN MAP ENTITLE, "TRACT No. 311 VISTA DE LAS MONTANAS", WHICH MAP WAS FILED FOR RECORD IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SANTA CLARA, STATE OS CALIFORNIA, ON JUNE 3, 1946 IN BOOK 10 OF MAPS AT PAGES 44 AND 45. APN: 403-16-058; COMMONLY KNOWN AS: 1461 BURROWS RD CAMPBELL, CA 95008

*[signature]*

Gilberto Fernandez Jr.

6-10-2008

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of Santa Clara

On 10 June 2008 before me, David K. D. Loo, Notary Public,
(Here insert name and title of the officer)

personally appeared Gilberto Fernandez, Junior,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

(Notary Seal)

DAVID K. D. LOO
Commission # 1618651
Notary Public - California
Santa Clara County
My Comm. Expires Dec 1, 2009

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

Lis Pendens
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages 2   Document Date 10 June 08

_____
(Additional information)

**CAPACITY CLAIMED BY THE SIGNER**
☐ Individual (s)
☐ Corporate Officer
_____
(Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM

*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

2008 Version CAPA v12.10.07 800-873-9865 www.NotaryClasses.com