**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**FEDERAL DEFENDANTS' MOTION TO DISMISS
AND CONSENT TO MAGISTRATE JUDGE**

**GILBERTO FERNANDEZ, JR.  vs. ALLIANCE BANCORP, ET AL**
Case No.  C 08-02909 HRL

to be served this date upon the party(ies) as follows:

  **xxx**   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

to the parties addressed as follows:

**Gilberto Fernandez, Jr
1461 Burrows Road
Campbell, CA 95008**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of July 2008, at San Jose, California.

　　　____/s/_____
　　　　 Mimi Lam
　　　　 Legal Assistant