1  Glenn H. Wechsler, State Bar No. 118456
   Lawrence D. Harris, State Bar No. 153350
2  LAW OFFICES OF GLENN H. WECHSLER
   1655 N. Main Street, Suite 230
3  Walnut Creek, California  94596
   Telephone: (925) 274-0200
4  Email: larry@glennwechsler.com

5  Attorneys for Defendants
   GMAC MORTGAGE, LLC and
6  EXECUTIVE TRUSTEE SERVICES, LLC

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 GILBERT FERNANDEZ, JR.,     )   CASE NO. C 08 02909 HRL
                                  )
12                                ) 
       Plaintiff,                 )   [PROPOSED] ORDER GRANTING
13                                )   MOTION TO DISMISS WITH
   vs.                            )   PREJUDICE
14                                )
   ALLIANCE BANCORP, et al.,      )
15                                )   Date:  October 7, 2008
       Defendants.                )   Time:  10:00 a.m.
16 _____)   Dept:  2
                                       Judge: Magistrate Judge Howard R.
17                                             Lloyd

18

19     This matter came on regularly to be heard at the above-stated date and time on the duly noticed

20 motion of GMAC MORTGAGE, LLC and EXECUTIVE TRUSTEE SERVICES, LLC to dismiss the

21 Second Amended Petition with prejudice.  After hearing oral arguments of the parties and of counsel

22 and considering the moving and opposition papers, and good cause appearing therefor, the Court hereby

23 orders as follows:

24 ///

25 ///

26 ///

27 ///

28 ///

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Second Amended
2   Petition filed herein on July 10, 2008 shall be, and hereby is DISMISSED with prejudice.

4   DATED:

_____
Howard R. Lloyd
MAGISTRATE JUDGE

E:\Larry\GMAC\Fernandez\Dismiss.Order.doc