# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERNANDEZ JR., <br><br>    Plaintiff, <br><br> v. <br><br> ALLIANCE BANCORP; GMAC MORTGAGE; NCC SERVING, LLC; GRAYSTONE SOLUTIONS, INC.; EXECUTIVE TRUSTEE SERVICES, LLC; CONSUMER SOLUTIONS REO, LLC; FIRST AMERICAN TITLE COMPANY; SELECT PORTFOLIO SERVICING, INC.; HENRY M. PAULSON, JR., SECRETARY OF THE TREASURY, UNITED STATES; and MICHAEL B. MUKASEY, U.S. ATTORNEY GENERAL, as ALIEN PROPERTY CUSTODIAN, <br><br>    Defendants. | CASE NO. C08-02909-HRL <br><br> [PROPOSED] ORDER APPROVING DEFENDANTS GRAYSTONE SOLUTIONS, INC., CONSUMER SOLUTIONS REO, LLC, AND FIRST AMERICAN TITLE COMPANY'S MOTION TO DISMISS SECOND-AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) <br><br> Judge: Hon. Howard R. Lloyd <br> Date:  October 7, 2008 <br> Time:  10:00 a.m. <br> Room:  2 |

The motion of Defendants GRAYSTONE SOLUTIONS, INC. ("GRAYSTONE"), CONSUMER SOLUTIONS REO, LLC ("CONSUMER"), and FIRST AMERICAN TITLE COMPANY ("FIRST AMERICAN") (GRAYSTONE, FIRST AMERICAN and CONSUMER are hereinafter collectively referred to as "Defendants") to dismiss the

1

1  within action pursuant to FRCP 12(b)(6) came for hearing on regular notice before the
2  Honorable Howard R. Lloyd.  The appearances are as noted by the Court's record.
3      The matter was heard, and the Court having fully considered the same, and it
4  appearing that notice was duly and properly served in accordance with the Federal Rules,
5  and good cause appearing therefor,
6      IT IS ORDERED that the Defendants' Motion to Dismiss Second-Amended
7  Complaint Pursuant to FRCP 12(b)(6) is granted, as to the entire complaint and all claims
8  for relief against Defendants, without leave to amend; or, in the alternative,
9      IT IS ORDERED that the Defendants' Motion for a More Definite Statement is
10 granted, as to the entire complaint and all claims for relief, and Plaintiff is hereby ordered
11 to amend his complaint within ____ days.
12
13 Dated:_____                              _____
14                                                 Honorable Howard R. Lloyd
15
16
17
   H:\1169\0004\Pleadings\MTD (Graystone, Consumer Sol, FirstAm) F 07'25'08\Proposed Order.wpd
18
19
20
21
22
23
24
25
26
27
28

2

PROPOSED ORDER APPROVING DEFENDANTS' MOTION TO
DISMISS SECOND-AMENDED COMPLAINT PURSUANT
TO FRCP 12(b)(6)                                    CASE NO. C08-02909-HRL