JEFFREY B. GARDNER, ESQ. (BAR NO. 115648)
CATHY A. KNECHT, ESQ. (BAR NO. 226275)
BARRY GARDNER & KINCANNON
A PROFESSIONAL CORPORATION
5000 BIRCH STREET, SUITE 420
NEWPORT BEACH, CA 92660
PHONE: (949) 851-9111    FAX: (949) 851-3935

ATTORNEYS FOR DEFENDANTS
GRAYSTONE SOLUTIONS, INC.; CONSUMER SOLUTIONS REO, LLC; and FIRST AMERICAN TITLE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERNANDEZ JR., <br><br> Plaintiff, <br><br> v. <br><br> ALLIANCE BANCORP; GMAC MORTGAGE; NCC SERVING, LLC; GRAYSTONE SOLUTIONS, INC.; EXECUTIVE TRUSTEE SERVICES, LLC; CONSUMER SOLUTIONS REO, LLC; FIRST AMERICAN TITLE COMPANY; SELECT PORTFOLIO SERVICING, INC.; HENRY M. PAULSON, JR., SECRETARY OF THE TREASURY, UNITED STATES; and MICHAEL B. MUKASEY, U.S. ATTORNEY GENERAL, as ALIEN PROPERTY CUSTODIAN, <br><br> Defendants. | CASE NO. C08-02909-HRL <br><br> REQUEST TO APPEAR VIA TELEPHONIC APPEARANCE AT THE MOTION TO DISMISS SECOND-AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) OR IN THE ALTERNATIVE MOTION FOR DEFINITE STATEMENT <br><br> Judge: Hon. Howard R. Lloyd <br><br> Date: October 7, 2008 <br> Time: 10:00 a.m. <br> Room: 2 |

1

REQUEST TO APPEAR VIA TELEPHONIC APPEARANCE AT THE MOTION TO DISMISS SECOND-AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) OR IN THE ALTERNATIVE MOTION FOR DEFINITE STATEMENT                CASE NO. C08-02909-HRL

1.    I, Cathy A. Knecht, Esq. of Barry, Gardner & Kincannon, A Professional Corporation ("BGK"), the attorneys for Defendants, GRAYSTONE SOLUTIONS, INC.; CONSUMER SOLUTIONS REO, LLC; and FIRST AMERICAN TITLE COMPANY ("Defendants") ask the Court to allow me to appear telephonically at Defendants Motion to Dismiss Second-Amended Complaint Pursuant to FRCP 12(b)(6) or in the Alternative Motion for Definite Statement scheduled for September 2, 2008, at 10:00 a.m. in Department 2 of the above-entitled Court.

2.    I am making this request on the basis that BGK is located in Newport Beach, California. Therefore, it would be more economical for the moving parties if the Court allows this appearance by telephone, as such a telephonic appearance will avoid travel costs and expenses that would otherwise be incurred for making a personal appearance at the hearing.

3.    Further, the moving parties have agreed to allow their counsel to appear via telephone as opposed to a personal appearance for this motion, and will not be prejudiced by such a telephonic appearance.

4.    I agree to be responsible for the arrangement of this telephone appearance if required by the Court, and the moving parties will be responsible for paying any such costs accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25 of July 2008 at Newport Beach, California.

By: _____
Cathy A. Knecht, Declarant

H:\1169\0004\Pleadings\MTD (Graystone, Consumer Sol, FirstAm) F 07'25'08\Dec-CAK req for tele app.wpd

2

REQUEST TO APPEAR VIA TELEPHONIC APPEARANCE
AT THE MOTION TO DISMISS SECOND-AMENDED
COMPLAINT PURSUANT TO FRCP 12(b)(6) OR IN THE
ALTERNATIVE MOTION FOR DEFINITE STATEMENT    CASE NO. C08-02909-HRL