1  JEFFREY B. GARDNER, ESQ. (BAR NO. 115648)
   CATHY A. KNECHT, ESQ. (BAR NO. 226275)
2  BARRY GARDNER & KINCANNON
   A PROFESSIONAL CORPORATION
3  5000 BIRCH STREET, SUITE 420
   NEWPORT BEACH, CA 92660
4  PHONE: (949) 851-9111    FAX: (949) 851-3935

5  ATTORNEYS FOR DEFENDANTS
   GRAYSTONE SOLUTIONS, INC.; CONSUMER
6  SOLUTIONS REO, LLC; and FIRST AMERICAN
   TITLE COMPANY
7

8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12

13  GILBERTO FERNANDEZ JR.,              )  CASE NO.  C08-02909-HRL
                                         )
14               Plaintiff,              )  CERTIFICATE OF SERVICE RE:
                                         )  DEFENDANTS GRAYSTONE
15  v.                                   )  SOLUTIONS, INC., CONSUMER
                                         )  SOLUTIONS REO, LLC, AND FIRST
16  ALLIANCE BANCORP; GMAC               )  AMERICAN TITLE COMPANY'S
    MORTGAGE; NCC SERVING, LLC;          )  MOTION TO DISMISS SECOND-
17  GRAYSTONE SOLUTIONS, INC.;           )  AMENDED COMPLAINT PURSUANT
    EXECUTIVE TRUSTEE SERVICES,          )  TO FRCP 12(b)(6) OR IN THE
18  LLC; CONSUMER SOLUTIONS REO,         )  ALTERNATIVE MOTION FOR
    LLC; FIRST AMERICAN TITLE            )  DEFINITE STATEMENT
19  COMPANY; SELECT PORTFOLIO            )
    SERVICING, INC.; HENRY M.            )  Judge:  Hon.  Howard R. Lloyd
20  PAULSON, JR., SECRETARY OF THE       )
    TREASURY, UNITED STATES; and         )  Date:     October 7, 2008
21  MICHAEL B. MUKASEY, U.S.             )  Time:     10:00 a.m.
    ATTORNEY GENERAL, as ALIEN           )  Room:   2
22  PROPERTY CUSTODIAN,                  )
                                         )
23               Defendants.            )
    _____  )
24

25

26

27

28

                              1

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 5000 Birch Street, Suite 420 Newport Beach, California, 92660.

On July 25, 2008, I served the following documents described as:

1.    **DEFENDANTS GRAYSTONE SOLUTIONS, INC., CONSUMER SOLUTIONS REO, LLC, AND FIRST AMERICAN TITLE COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND-AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) OR IN THE ALTERNATIVE MOTION FOR DEFINITE STATEMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

2.    **REQUEST TO APPEAR VIA TELEPHONIC APPEARANCE AT THE MOTION TO DISMISS SECOND-AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) OR IN THE ALTERNATIVE MOTION FOR DEFINITE STATEMENT**; and,

3.    **[PROPOSED] ORDER APPROVING DEFENDANTS GRAYSTONE SOLUTIONS, INC., CONSUMER SOLUTIONS REO, LLC, AND FIRST AMERICAN TITLE COMPANY'S MOTION TO DISMISS SECOND-AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed  as follows:

Plaintiff,
Gilberto Fernandez, Jr., Pro Se
1461 Burrows Rd
Campbell, CA 95008
T: (408) 871-9096
Email: gilbert_fernandezjr@yahoo.com

Attorney for Defendants
GMAC Mortgage and Executive Trustee Services, Inc.
Glenn Harlan Wechsler
Law Offices of Glenn H. Wechsler
1390 South Main Street, Suite 308
Walnut Creek, CA 94596
T: (925) 274-0200

Attorney for Defendants
Henry M. Paulson, Jr. and Michael B. Mukasey
James A. Scharf
Office of the United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
T: (408) 535-5044

2

CERTIFICATE OF SERVICE RE: DEFENDANTS GRAYSTONE
SOLUTIONS, INC., CONSUMER SOLUTIONS REO, LLC, AND
FIRST AMERICAN TITLE COMPANY'S MOTION TO DISMISS
SECOND-AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)
OR IN THE ALTERNATIVE MOTION FOR DEFINITE STATEMENT   CASE NO. C08-02909-HRL

1  [X]  (BY MAIL)  I caused such envelope with postage thereon fully prepaid to be
2       placed in the United States mail at Newport Beach, California.  I am readily
        familiar with the firm's business practice for collection and processing of
3       correspondence for mailing with the U.S. Postal Service pursuant to which practice
        the correspondence will be deposited with the U.S. Postal Service this same day in
4       the ordinary course of business.

5
6  [X]  (FEDERAL)  I declare that I am employed in the office of a member of the bar of
        this court at whose direction the service was made.
7
        Executed on July 25, 2008, at Newport Beach, California.
8

9

10                                                     Mary Do
11

12  H:\1169\0004\Pleadings\MTD (Graystone, Consumer Sol, FirstAm) F 07'25'08\Certificate of Service 07'25'08.wpd

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

CERTIFICATE OF SERVICE RE: DEFENDANTS GRAYSTONE
SOLUTIONS, INC., CONSUMER SOLUTIONS REO, LLC, AND
FIRST AMERICAN TITLE COMPANY'S MOTION TO DISMISS
SECOND-AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)
OR IN THE ALTERNATIVE MOTION FOR DEFINITE STATEMENT    CASE NO. C08-02909-HRL