Glenn H. Wechsler, State Bar No. 118456
Lawrence D. Harris, State Bar No. 153350
LAW OFFICES OF GLENN H. WECHSLER
1655 N. Main Street, Suite 230
Walnut Creek, California 94596
Telephone: (925) 274-0200
Email: larry@glennwechsler.com

Attorneys for Defendants
GMAC MORTGAGE, LLC and
EXECUTIVE TRUSTEE SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERNANDEZ, JR.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALLIANCE BANCORP, et al.,<br><br>　　　　　Defendants. | CASE NO. C 08 02909 HRL<br><br>**REQUEST TO APPEAR VIA TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>Date:　October 7, 2008<br>Time:　10:00 a.m.<br>Dept:　2<br>Judge:　Magistrate Judge Howard R. Lloyd |

　　1.　I, Lawrence D. Harris, of the Law Offices of Glenn H. Wechsler, attorneys for Defendants GMAC MORTGAGE, LLC and EXECUTIVE TRUSTEE SERVICES, LLC, respectfully request that the Court allow me to appear telephonically at the hearing on Defendants' Motion to Dismiss for Failure to State a Claim, currently set for October 7, 2008 at 10:00 a.m. in Dept. 2 of the above-entitled court.

　　2.　I am making this request on the grounds that my law office is located in Walnut Creek, California, and therefore it would be more economical for the moving party if the Court would allow counsel to appear by telephone, and avoid the time and expense of traveling to San Jose to make a

1 | personal appearance at the hearing.

2 |     3.    I agree to be responsible for the arrangement of this telephonic appearance if approved by
3 | the Court, and will be responsible for bearing any associated costs.

5 | DATED: 7-25-08     LAW OFFICES OF GLENN H. WECHSLER

7 | By: _____
8 |     LAWRENCE D. HARRIS

E:\Larry\GMAC\Fernandez\Phone.Request.doc

REQUEST FOR TELEPHONIC APPEARANCE - PAGE 2 OF 2
CASE NO. C08-02909-HRL