WRIGHT, FINLAY & ZAK, LLP
Charles C. McKenna, Esq., State Bar No. 16716
Gwen H, Ribar, Esq., State Bar No. 188024
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 *(Fernandez/Pleadings/Notice of Motion and Motion to Dismiss Plaintiff's Second Amended Complaint)*
Tel. (949) 477-5050; Fax (949) 477-9200

Attorneys for Defendants, SELECT PORTFOLIO SERVICING, INC. and FIRST AMERICAN TITLE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GILBERTO FERNANDEZ, JR, <br><br> Plaintiff, <br><br> vs. <br><br> ALLIANCE BANCORP, GMAC MORTGAGE, NCC SERVICING, LLC, GRAYSTONE SOLUTIONS, INC., EXECUTIVE TRUSTEE SERVICES, LLC., CONSUMER SOLUTIONS REO, LLC., FIRST AMERICAN TITLE COMPANY, SELECT PORTFOLIO SERVICING, INC., HENRY M. PAULSON, JR., SECRETARY OF THE TREASURY, UNITED STATES, MICHAEL B. MUKASEY, US. ATTORNEY GENERAL, as ALIEN PROPERTY CUSTODIAN, and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud upon Plaintiff's title thereto. <br><br> Defendants. | Case No.: C08 02909 (HRL) <br><br> **NOTICE OF MOTION AND MOTION OF DEFENDANTS SELECT PORTFOLIO SERVICING, INC., AND FIRST AMERICAN TITLE COMPANY, TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)** <br><br> Date:   September 30, 2008 <br> Time:   10:00 a.m. <br> Dept.:   2 <br><br> *[Filed concurrently with Memorandum of Points and Authorities]* |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that on September 30, 2008, at 10:00 a.m., or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Judge Howard R. Lloyd, in the United District Court for the Northern District of California, San Jose Division,

NOTICE OF MOTION AND MOTION OF DEFENDANT SPECIALIZED LOAN SERVICING, LLC, TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

1  located at 280 S. 1st St., Rm. 4050, San Jose, CA 95113, Defendants SELECT PORTFOLIO
2  SERVICING, INC., and FIRST AMERICAN TITLE COMPANY, (hereinafter "Defendants"),
3  will and hereby do move the court pursuant to *Fed. Rules of Civ. Proc.* § 12(b)(6) for an order
4  dismissing all claims for relief against them in the Second Amended Complaint ("SAC") of
5  Plaintiff GILBERTO FERNANDEZ, JR. ("Plaintiff" or "Fernandez"). This motion is made on
6  the grounds that the SAC fails to state a claim upon which relief can be granted against moving
7  Defendants.
8      This motion is based on this Notice, the currently-filed Memorandum of Points and
9  Authorities and on any other materials on file as the Court may consider at the time of hearing on
10  this motion.

11                  Respectfully submitted,

12                  WRIGHT, FINLAY & ZAK, LLP

14  Dated: August 12, 2008     By:    By: ___/s/ Gwen H. Ribar, Esq.___
15                  Charles C. McKenna, Esq.,
                   Gwen H. Ribar, Esq.,
16                  Attorneys for Defendants SELECT PORTFOLIO,
17                  INC., and FIRST AMERICAN TITLE COMPANY

18
19
20
21
22
23
24
25
26
27
28

NOTICE OF MOTION AND MOTION OF DEFENDANT SPECIALIZED LOAN SERVICING, LLC,
TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

# PROOF OF SERVICE

I, Nancy C. Wheeler, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On August 12, 2008, I served the within **NOTICE OF MOTION AND MOTION OF DEFENDANTS SELECT PORTFOLIO SERVICING, INC., AND FIRST AMERICAN TITLE COMPANY, TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)**, on all interested parties in this action as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Gilberto Fernandez, Jr.
1461 Burrows Rd.
Campbell, CA 95008
(408) 500-8511
**Plaintiff In Pro Se**

[X]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine.

[ ]   (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X]   (State) I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on August 12, 2008, at Newport Beach, California.

_/s/ Nancy C. Wheeler_
Nancy C. Wheeler

1  WRIGHT, FINLAY & ZAK, LLP
   Charles C. McKenna, Esq., State Bar No. 167169
2  Gwen H, Ribar, Esq., State Bar No. 188024
3  4665 MacArthur Court, Suite 280
   Newport Beach, CA 92660 *(Fernandez/Pleadings/Memorandum of Points and Authorities)*
4  Tel. (949) 477-5050; Fax (949) 477-9200

5  Attorneys for Defendants, SELECT PORTFOLIO SERVICING, INC. and
6  FIRST AMERICAN TITLE COMPANY

7                    UNITED STATES DISTRICT COURT
8            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GILBERTO FERNANDEZ, JR, | Case No.: C08 02909 (HRL) |
| Plaintiff | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS BY DEFENDANTS SELECT PORTFOLIO SERVICING, INC., AND FIRST AMERICAN TITLE COMPANY PURSUANT TO F.R.C.P. 12(b)(6)** |
| vs. | |
| ALLIANCE BANCORP, GMAC MORTGAGE, NCC SERVICING, LLC, GRAYSTONE SOLUTIONS, INC., EXECUTIVE TRUSTEE SERVICES, LLC., CONSUMER SOLUTIONS REO, LLC., FIRST AMERICAN TITLE COMPANY, SELECT PORTFOLIO SERVICING, INC., HENRY M. PAULSON, JR., SECRETARY OF THE TREASURY, UNITED STATES, MICHAEL B. MUKASEY, US. ATTORNEY GENERAL, as ALIEN PROPERTY CUSTODIAN, and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud upon Plaintiff's title thereto. | Date: September 30, 2008<br>Time: 10:00 a.m.<br>Dept.: 2<br><br>*[Filed concurrently with Notice of Motion]* |
| Defendants. | |

**I.    STATEMENT OF RELEVANT FACTS**

In his Pro Se Second Amended Complaint ("SAC"), Plaintiff GILBERTO FERNANDEZ, JR. ("Plaintiff") alleges novel theories of wrongdoing against numerous defendants, arising out of the financing he secured in connection with the purchase of real

1

MEMORANDUM OF POINTS AND AUTHORITES IN SUPORT OF MOTION
TO DISMISS PLAINTIFF'S COMPLAINT

property in Santa Clara County, California, in August 2006. Two of the named defendants are the moving parties herein: SELECT PORTFOLIO SERVICING, INC. ("SPS") and FIRST AMERICAN TITLE COMPANY ("FATCO"). It appears Plaintiff filed his original "petition" on June 11, 2008, and his "Amended Petition" on June 20, 2008, before filing this operative Second Amended Complaint ("SAC") on July 10, 2008.

It is clear that this lawsuit is merely an attempt by Plaintiff to avoid foreclosure and keep his home. Unfortunately for Plaintiff, the SAC against SPS and FATCO must be dismissed. Plaintiff utterly fails to state a claim against SPS or FATCO upon which relief may be granted, mandating dismissal under F.R.C.P. 12(b)(6). None of the claims for relief constitute cognizable legal claims implicating federal law, nor any wrongdoing by SPS or FATCO; in fact, neither party is even named as a defendant in any of the asserted claims for relief. For these reasons, the SAC against Defendants should be dismissed.

**II.     STATEMENT OF ISSUES TO BE DECIDED**

1. Whether Plaintiff's SAC against SPS and FATCO should be dismissed pursuant to F.R.C.P. 12(b)(6) for failure to state a claim upon which relief may be granted.

**III.    ARGUMENT**

**A.      THE COMPLAINT MUST BE DISMISSED UNDER F.R.C.P. 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED.**

A Rule 12(b)(6) motion is similar to the common law general demurrer, i.e., it tests the legal sufficiency of the claim or claims stated in the Complaint. The court must decide whether the facts alleged, if true, would entitle Plaintiff to some form of legal remedy. Thus, a Rule

1  12(b)(6) dismissal is proper where there is a "lack of cognizable legal theory." <u>Balistreri v.
2  Pacifica Police Dept.</u>, 901 F.2d. 696, 699 (9th Circ. 1990).

3  Here, quite simply, Plaintiff utterly fails to allege <u>any</u> facts of wrongdoing by SPS or
4
5  FACTCO. In fact, moving defendants are not even named in <u>any</u> of the asserted claims for relief.

6  In short, there are literally no allegations of wrongdoing set forth against either SPS or
7  FATCO. The complete "lack of cognizable legal theory" and "sufficient facts" demonstrating
8  wrongdoing by moving defendants mandates dismissal under F.R.C.P. 12(b)(6) for failure to
9
10 state a claim upon which relief may be granted.

**VI.     CONCLUSION**

For the foregoing reasons, the Motion to Dismiss of Defendants SELECT PORTFOLIO SERVICING, INC., and FIRST AMERICAN TITLE COMPANY, should be granted in its entirety.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: August 12, 2008          By:     By: ___/s/ Gwen H. Ribar, Esq.___
                                        Charles C. McKenna, Esq.,
                                        Gwen H. Ribar, Esq.,
                                        Attorneys for Defendants SELECT PORTFOLIO, INC., and FIRST AMERICAN TITLE COMPANY

**PROOF OF SERVICE**

I, Nancy C. Wheeler, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On August 12, 2008, I served the within **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS BY DEFENDANTS SELECT PORTFOLIO SERVICING, INC., AND AMERICAN TITLE COMPANY, TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)**, on all interested parties in this action as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Gilberto Fernandez, Jr.
1461 Burrows Rd.
Campbell, CA 95008
(408) 500-8511
**Plaintiff In Pro Se**

[X]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine.

[ ]   (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X]   (State) I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on August 12, 2008, at Newport Beach, California.

_/s/ Nancy C. Wheeler_
Nancy C. Wheeler

1
PROOF OF SERVICE