1  WRIGHT, FINLAY & ZAK, LLP
   Charles C. McKenna, Esq., State Bar No. 167169
2  Gwen H, Ribar, Esq., State Bar No. 188024
3  4665 MacArthur Court, Suite 280
   Newport Beach, CA 92660 *(Fernandez/Pleadings/ [Proposed] Order)*
4  Tel. (949) 477-5050; Fax (949) 477-9200

5  Attorneys for Defendants, SELECT PORTFOLIO SERVICING, INC. and
6  FIRST AMERICAN TITLE COMPANY

7                    UNITED STATES DISTRICT COURT
8           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 9  GILBERTO FERNANDEZ, JR, | Case No.: C08 02909 (HRL) |
| 10         Plaintiff/Petitioner | [PROPOSED] ORDER GRANTING |
| 11 | MOTION TO DISMISS OF |
|    vs. | DEFENDANTS SELECT PORTFOLIO |
| 12 | SERVICING, INC., AND FIRST |
| 13 ALLIANCE BANCORP, GMAC | AMERICAN TITLE COMPANY |
|    MORTGAGE, NCC SERVICING, LLC, | |
| 14 GRAYSTONE SOLUTIONS, INC., | Date:  September 30, 2008 |
|    EXECUTIVE TRUSTEE SERVICES, LLC., | Time:  10:00 a.m. |
| 15 CONSUMER SOLUTIONS REO, LLC., | Dept.: 2 |
| 16 FIRST AMERICAN TITEL COMPANY, | |
|    SELECT PORTFOLIO SERVICING, INC., | |
| 17 HENRY M. PAULSON, JR., SECRETARY | |
|    OF THE TREASURY, UNITED STATES, | |
| 18 MICHAEL B. MUKASEY, US. ATTORNEY | |
| 19 GENERAL, as ALIEN PROPERTY | |
|    CUSTODIAN, and all persons unknown, | |
| 20 claiming any legal or equitable right, title, | |
|    estate, lien, or interest in the property | |
| 21 described in the complaint adverse to | |
| 22 plaintiff's title, or any cloud upon Plaintiff's | |
|    title thereto. | |
| 23 | |
| 24         Defendants. | |

25       The Motion of Defendants SELECT PORTFOLIO SERVICING, INC. and FIRST
26 AMERICAN TITLE COMPANY to Dismiss Plaintiff's Second Amended Complaint pursuant to
27 F.R.C.P. 12(b)(6) came on regularly for hearing before this Court on September 30, 2008. After
28 review of all pleadings submitted and the argument of counsel, and good cause appearing, the

1  motion is GRANTED. The complaint against Defendants SELECT PORTOFOLIO
2  SERVICING, INC., and FIRST AMERICAN TITLE COMPANY is hereby DISMISSED.
3      IT IS SO ORDERED

5  Dated_____

                                                Honorable Howard R. Lloyd
                                                Judge of the U.S. District Court

# PROOF OF SERVICE

I, Nancy C. Wheeler, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On August 12, 2008, I served the within **[PROPOSED] ORDER GRANTING MOTION TO DISMISS OF DEFENDANTS SELECT PORTFOLIO SERVICING, INC., AND FIRST AMERICAN TITLE COMPANY,** on all interested parties in this action as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Gilberto Fernandez, Jr.
1461 Burrows Rd.
Campbell, CA 95008
(408) 500-8511
**Plaintiff In Pro Se**

[X]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine.

[ ]   (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X]   (State) I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on August 12, 2008, at Newport Beach, California.


   _/s/ Nancy C. Wheeler_
   Nancy C. Wheeler