\* E-filed 8/20/08\*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILBERTO FERNANDEZ, JR.,<br>    Plaintiff,<br><br>v.<br><br>ALLIANCE BANCORP, et. al,<br>    Defendants.<br>_____/ | Case No. CV 08-00887 HRL<br><br>**CLERK'S NOTICE CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS** |

    PLEASE TAKE NOTICE THAT on the court's own motion, the hearing on Defendants Select Portfolio Servicing, Inc. and First American Title Company's Motion to Dismiss Plaintiff's Second Amended Complaint—originally noticed for September 30, 2008 at 10:00 a.m.—is continued to **October 7, 2008 at 10:00 a.m.** in Courtroom 2, 5th floor of the United States District Court, San Jose.

Dated:    8/20/08                                            /s/  mpk
                                                          Chambers of Magistrate Judge Howard R. Lloyd

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

larry@glennwechsler.com

jgardner@sbgk.com

james.scharf@usdoj.gov

gribar@wrightlegal.net

**Gilberto Fernandez, Jr.**
1461 Burrows Road
Campbell, CA 95008

* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  8/20/08

/s/ mpk
Chambers of Magistrate Judge Lloyd