1  WRIGHT, FINLAY & ZAK, LLP
   Charles C. McKenna, Esq., State Bar No. 16716
2  Gwen H, Ribar, Esq., State Bar No. 188024
3  4665 MacArthur Court, Suite 280
   Newport Beach, CA 92660 *(Fernandez/Pleadings/Declaration of Charles C. McKenna in Support of Request*
4  *for Telephonic Appearance)*
   Tel. (949) 477-5050; Fax (949) 477-9200
5
6  Attorneys for Defendants, SELECT PORTFOLIO SERVICING, INC. and
   FIRST AMERICAN TITLE COMPANY
7

8                  UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10 | GILBERTO FERNANDEZ, JR,                  ) Case No.: C08 02909 (HRL)
11 |                                          )
   |           Plaintiff,                     ) **DECLARATION OF CHARLES C.**
12 |                                          ) **McKENNA IN SUPPORT OF REQUEST**
   |    vs.                                   ) **FOR TELEPHONIC APPEARANCE AT**
13 |                                          ) **HEARING ON MOTION OF**
14 | ALLIANCE BANCORP, GMAC                   ) **DEFENDANTS SELECT PORTFOLIO**
   | MORTGAGE, NCC SERVICING, LLC,            ) **SERVICING, INC. AND FIRST**
15 | GRAYSTONE SOLUTIONS, INC.,               ) **AMERICAN TITLE COMPANY TO**
   | EXECUTIVE TRUSTEE SERVICES, LLC.,        ) **DISMISS PLAINTIFF'S SECOND**
16 | CONSUMER SOLUTIONS REO, LLC.,            ) **AMENDED COMPLAINT PURSUANT**
17 | FIRST AMERICAN TITLE COMPANY,            ) **TO F.R.C.P. 12(b)(6)**
   | SELECT PORTFOLIO SERVICING, INC.,        )
18 | HENRY M. PAULSON, JR., SECRETARY         ) Judge: Hon. Howard R. Lloyd
   | OF THE TREASURY, UNITED STATES,          )
19 | MICHAEL B. MUKASEY, US. ATTORNEY         ) Date:  October 7, 2008
20 | GENERAL, as ALIEN PROPERTY               ) Time:  10:00 a.m.
   | CUSTODIAN, and all persons unknown,      ) Dept.: 2
21 | claiming any legal or equitable right, title, )
   | estate, lien, or interest in the property )
22 | described in the complaint adverse to    )
   | Plaintiff's title, or any cloud upon Plaintiff's )
23 | title thereto.                            )
24 |                                          )
   |           Defendants.                    )
25

26     **TO THE HONORABLE HOWARD R. LLOYD, JUDGE OF THE UNITED**
27  **STATES DISTRICT COURT:**
28
   ////

1
DECLARATION OF CHARLES C. McKENNA IN SUPPPORT OF
REQUEST FOR TELEPHONIC APPEARANCE

I, Charles C. McKenna, do hereby declare and state as follows:

1. I am an attorney at law duly licensed to practice before the United States District Court, Northern District of California. I am associated with Wright, Finlay & Zak, LLP, attorneys of record for Defendants SELECT PORTFOLIO SERVICING, INC. and FIRST AMERICAN TITLE COMPANY in this case. I hereby request that the Court allow me to appear telephonically at the hearing on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to F.R.C.P. 12(b)(6), scheduled for October 7, 2008 at 10:00 a.m. in Department 2 of the above-entitled court.

2. I am making this request on the basis that Wright, Finlay and Zak, LLP is located in Newport Beach, California. Therefore, it would be more economical for the moving parties if the court allows this telephonic appearance, as said telephonic appearance will avoid travel costs and expenses that would otherwise be incurred for making a personal appearance.

3. Additionally, the moving parties have agreed to allow their counsel to appear via telephone as opposed to a personal appearance for this hearing, and will not in any way be prejudiced by such a telephonic appearance.

4. I agree to be responsible for the arrangement of this telephonic appearance if required by the Court, and the moving parties will be responsible for paying any such costs accordingly.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of August, 2008, at Newport Beach, California.

_/s/ Charles C. McKenn, Esq._
Charles C. McKenna, Esq.

## PROOF OF SERVICE

I, Nancy C. Wheeler, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On August 21, 2008, I served the within **DECLARATION OF CHARLES C. McKENNA IN SUPPORT OF REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION OF DEFENDANTS SELECT PORTFOLIO SERVICING, INC. AND FIRST AMERICAN TITLE COMPANY TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)**, on all interested parties in this action as follows:

### SEE ATTACHED MAILING LIST

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

[X]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine.

[ ]   (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X]   (State) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 21, 2008, at Newport Beach, California.

/s/ Nancy C. Wheeler
Nancy C. Wheeler

## MAILING LIST

Gilberto Fernandez, Jr.
1461 Burrows Rd.
Campbell, CA 95008
(408) 500-8511
**Plaintiff In Pro Se**

Glenn H. Wechsler, Esq.
Lawrence D. Harris, Esq.
LAW OFFICES OF GLENN H. WECHSLER
1655 North Main Street, Suite 230
Walnut Creek, CA 94596
925-274-0200; fax: 925-274-0202
**Attorneys for GMAC, LLC and Executive Trustee Services, LLC**

Jeffrey B. Gardner, Esq.
Cathy A. Knetch, Esq.
BARRY GARDNER & KINCANNON
A Professional Corporation
5000 Birch Street, Suite 420
Newport Beach, CA 92660
949-851-9111; fax: 949-851-3935
**Attorneys for Defendants Graystone Solutions, Inc.; Consumer Solutions REO, LLC And First American Title Company**

James A. Scharf, Esq.
Offices of the United States Attorney
150 Almanden Blvd., Suite 900
San Jose, CA 95113
408-535-5044; fax: 408-535-5081
Email: james.scharf@usdoj.gov
*Attorneys for Defendants Henry M. Paulson, Jr., Secretary Treasury, United States and Michael B. Mukasey, United States Attorney General as Alien Property Custodian*

---

2
PROOF OF SERVICE