**Attorney or Party Without an Attorney**
GILBERTO FERNANDEZ JR
1461 BURROWS ROAD
CAMPBELL CA 95008
408-500-8511

FILED
AUG 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GILBERTO FERNANDEZ, JR.

    Plaintiff,

v.

ALLIANCE BANCORP AND GMAC MORTGAGE AND NCC SERVICING, LLC AND GRAYSTONE SOLUTIONS, INC AND EXECUTIVE TRUSTEE SERVICES, LLC AND CONSUMER SOLUTIONS REO, LLC AND FIRST AMERICAN TITLE COMPANY AND SELECT PORTFOLIO SERVICING, INC AND HENRY J PAULSON, U.S. SECRETARY OF THE TREASURY AND MICHAEL B MUKASEY, U.S. ATTORNEY GENERAL, as ALIEN PROPERTY CUSTODIAN

    Defendants.

Case No. C 08 02909 HRL

PLAINTIFF'S PETITION FOR LEAVE TO FILE OUT OF TIME

AND PLAINTIFF'S REQUEST FOR A 45 DAY CONTINUANCE

Judge: Magistrate Judge Howard R. Lloyd

Petitioner/Libellant/Suitor, GILBERTO FERNANDEZ JR, on his own behalf, appearing without, and wanting meaningful and effective assistance of counsel, but unable to find same, hereby in good faith, states that this Petition is timely and is not intended to hinder or delay and is made pursuant to the **FRCP 12(f)** and hereby petitions this Court for leave to file out of time PLAINTIFF'S OBJECTION AND PETITION IN THE NATURE OF A MOTION TO STRIKE FEDERAL DEFENDANTS' MOTION TO DISMISS and states as follows:

## SUMMARY OF ARGUMENT

1. On or about July 20, 2008, Plaintiff received FEDERAL DEFENDANTS MOTION TO DISMISS.

2. Due to mistake, inadvertence, or excusable neglect, Plaintiff has not filed a reply to FEDERAL DEFENDANTS MOTION TO DISMISS until now. Due to mistake Plaintiff inadvertently scheduled said replay for the wrong date. As per F.R.C.P. rule 61 "At every stage of the proceeding, the court must disregard all errors and defects that do not affect any party's substantial rights". Federal Defendant's substantial rights will not be adversely affected by granting Plaintiff leave to File Out of Time, a reply to FEDERAL DEFENDANTS MOTION TO DISMISS.

3. Justice will be served by the Expansion of Time to allow Plaintiff additional time to respond.

4. in the text of FEDERAL DEFENDANTS MOTION TO DISMISS, the Attorney for the Federal Defendants suggests that Plaintiff should exhaust Plaintiff's Administrative Remedy.

5. Plaintiff seeks a 45 day continuance in which to exhaust his Administrative Remedy as suggested in FEDERAL DEFENDANTS MOTION TO DISMISS.

## CONCLUSION

WHEREFORE Plaintiff requests that this Honorable Court grant Plaintiff leave to file out of time PLAINTIFF'S OBJECTION AND PETITION IN THE NATURE OF A MOTION TO STRIKE **FEDERAL DEFENDANTS' MOTION TO DISMISS**; and Plaintiff hereby requests a 45 day continuance of all proceedings, in which to exhaust Plaintiff's Administrative Remedy as the Attorney for the Federal Defendants suggested should be done.

Dated this 28 day of August, 2008.

By: _____
GILBERTO FERNANDEZ JR.
1461 BURROWS RD
CAMPBELL, CA 95008
408-500-8511

Attorney or Party without an Attorney
GILBERTO FERNANDEZ JR
1461 BURROWS ROAD
CAMPBELL CA 95008
408-500-8511

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERNANDEZ JR ) | Case No.: C08 02909 |
| Plaintiff, ) | |
| And ) | ORDER GRANTING PLAINTIFF'S PETITION |
| ALLIANCE BANCORP, et al., ) | FOR LEAVE TO FILE OUT OF TIME |
| Defendant ) | AND PLAINTIFF'S REQUEST FOR |
| Real Party In Interest, Intervenor: ) | A 45 DAY CONTINUANCE |
| Gilberto-Junior: Fernandez ) | Honorable Magistrate Howard R. Lloyd |

**WHEREAS:** this Court, being fully apprized of the issues in this case hereby grants leave for Plaintiff to file out of time and plaintiff's request for a 45 day continuance; and this Court hereby grants a 45 day continuance of all proceedings, in which time Plaintiff may exhaust his Administrative Remedy.

So ordered by the Court _____ Dated this _____ day of_____,

CERTIFICATE OF SERVICE

This is to certify that I, Gilberto Fernandez Jr, have on this 28th day of August, 2008 placed a true and exact copy of the PLAINTIFF'S PETITION FOR LEAVE TO FILE OUT OF TIME AND PLAINTIFF'S REQUEST FOR A 45 DAY CONTINUANCE and PLAINTIFF'S OBJECTION AND PETITION IN THE NATURE OF A MOTION TO STRIKE FEDERAL DEFENDANTS' MOTION TO DISMISS into the U.S. Mail First Class Postage prepaid and addressed to:

Glenn H. Wechesler, Esq.
Lawrence D. Harris, Esq.
LAW OFFICES OF GLENN H. WECHSLER
1655 North Main Street, Suite 230 Walnut Creek, CA 94596
925-274-0200; fax 925-274-0202
**Attorneys for GMAC, LLC and Executive Trustee Services, LLC**

Jeffrey B. Gardner, Esq.
Cathy A. Knetch, Esq.
BARRY GARNER & KINCANNON
A Professional Corporation
5000 Birch Street, Suite 420 Newport Beach, CA 92660
949-851-9111; fax 949-851-3935
**Attorneys for Defendants Graystone Solutions, Inc; Consumer solutions REO, LLC., and First American Title Company**

James A. Scharf, Esq.
Offices of the United States Attorney
150 Almaden Blvd., Suite 900 San Jose, CA 95113
408-535-5044; fax 408-535-5081
Email: james.scharf@usdoj.gov
**Attorneys for Defendants Henry M. Paulson, Jr., Secretary Treasury, United States and Michael B. Mukasey, United States Attorney General as Alien Property Custodian**

WRIGHT, FINLAY & ZAK, LLP
Charles C. McKenna, Esq
Gwen H. Ribar, Esq
4665 MacArthur Court, Suite 280 Newport Beach, CA 92660
**Attorneys for Defendants, Select Portfolio Servicing, Inc and First American title Company**

Alliance Bancorp
1000 Marina Blvd #100
Brisbane CA 94005

NCC Servicing, LLC
190 Lawrence Bell Drive #104 Buffalo, NY 14221

By: _____
    Gilberto Fernandez Jr

[Summary of pleading] - 1