**Attorney or Party Without an Attorney**
GILBERTO FERNANDEZ JR
1461 BURROWS ROAD
CAMPBELL CA 95008
408-500-8511



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERNANDEZ, JR. | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| ALLIANCE BANCORP AND GMAC MORTGAGE AND NCC SERVICING, LLC AND GRAYSTONE SOLUTIONS, INC AND EXECUTIVE TRUSTEE SERVICES, LLC AND CONSUMER SOLUTIONS REO, LLC AND FIRST AMERICAN TITLE COMPANY AND SELECT PORTFOLIO SERVICING, INC AND HENRY J PAULSON, U.S. SECRETARY OF THE TREASURY AND MICHAEL B MUKASEY, U.S. ATTORNEY GENERAL, as ALIEN PROPERTY CUSTODIAN | ) **Case No. C 08 02909 HRL**<br>)<br>) PLAINTIFF'S OBJECTION AND PETITION<br>) IN THE NATURE OF A MOTION TO STRIKE<br>) <u>FEDERAL DEFENDANTS' MOTION TO</u><br>) <u>DISMISS</u><br>)<br>) Judge: Magistrate Judge Howard R. Lloyd |
| Defendants. | ) |

Petitioner/Libellant/Suitor, GILBERTO FERNANDEZ JR, on his own behalf, appearing without, and wanting meaningful and effective assistance of counsel, but unable to find same, hereby in good faith, states that this Petition is timely and is not intended to hinder or delay and is made pursuant to the <u>FRCP 12(f)</u> and hereby petitions this Court to order the striking from the record any pleading, any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter contained in **FEDERAL DEFENDANTS' MOTION TO DISMISS AND CONSENT TO MAGISTRATE** and states as follows:

## SUMMARY OF ARGUMENT

1. For all the reasons as stated in Plaintiff's Amended Petition, Petitioner/ Libellant/Suitor requests that <u>FEDERAL DEFENDANTS MOTION TO DISMISS</u> be struck from the record as moot, immaterial, inflammatory and scandalous on numerous grounds including but not limited to the fact that Federal Defendants, by and through counsel, makes numerous unsubstantiated conclusory allegations, assumes facts not in evidence, and mischaracterizes Plaintiffs statements, while at the same time makes a legal determination typically reserved for the Court.

2. FEDERAL DEFENDANTS MOTION TO DISMISS is insufficient and places material facts in dispute.

3. FEDERAL DEFENDANTS MOTION TO DISMISS is not backed by any Affidavit of anyone with any personal first hand knowledge of anything pertaining to Plaintiff's Complaint.

4. As more fully set out in Plaintiff's SECOND AMENDED Petition To Set Aside Foreclosure Sale, Cancel Note And Deed Of Trust Against All Known Defendants For Declaratory And Injunctive Relief AND NOTICE OF INVOCATION OF RESERVED RIGHTS as entered into this Court Case # C08-02909 on July 10, 2008, and incorporated herein by reference, the Secretary of the Treasury and Alien Property Custodian Defendants have a responsibility under statute to pay claims and return property.

## CONCLUSION

WHEREFORE Plaintiff requests that this Honorable Court make note of Plaintiff's Objection to the <u>FEDERAL DEFENDANTS MOTION TO DISMISS</u>, and strike the <u>FEDERAL DEFENDANTS MOTION TO DISMISS</u> from the record.

Dated this 28 day of August, 2008.

By: _____
GILBERTO FERNANDEZ JR.
1461 BURROWS RD
CAMPBELL, CA 95008  408-500-8511

Attorney or Party without an Attorney
GILBERTO FERNANDEZ JR
1461 BURROWS ROAD
CAMPBELL CA 95008

408-500-8511

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERNANDEZ JR<br><br>Gilberto-Junior: Fernandez<br><br>As agent for GILBERTO FERNANDEZ JR<br><br>Plaintiff,<br><br>And<br><br>ALLIANCE BANCORP, et al.,<br><br>Defendant<br><br>Real Party In Interest, Intervenor: | Case No.: C08 02909<br><br>ORDER TO STRIKE FEDERAL DEFENDANTS MOTION TO DISMISS<br><br>Honorable Magistrate Howard R. Lloyd |

**WHEREAS:** this Court, being fully apprized of the issues in this case hereby Strikes from the record the FEDERAL DEFENDANTS MOTION TO DISMISS.

So ordered by the Court _____ Dated this _____ day of _____,