**Attorney or Party Without an Attorney**
GILBERTO FERNANDEZ JR
1461 BURROWS ROAD
CAMPBELL CA 95008
408-500-8511



Filed

SEP  3  2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT CC
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE  CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERNANDEZ, JR. | **Case No.** C 08 02909 HRL |
| Plaintiff, | PLAINTIFF'S OBJECTION AND PETITION IN |
| v. | THE NATURE OF A MOTION TO STRIKE |
| ALLIANCE BANCORP AND GMAC | DEFENDANTS SELECT PORTFOLIO |
| MORTGAGE AND NCC SERVICING, LLC AND | SERVICING, INC., AND FIRST AMERICAN |
| GRAYSTONE SOLUTIONS, INC AND | TITLE COMPANY'S, MOTION TO DISMISS, |
| EXECUTIVE TRUSTEE SERVICES, LLC AND | and PLAINTIFF'S OBJECTION AND PETITION |
| CONSUMER SOLUTIONS REO, LLC AND | IN THE NATURE OF A MOTION TO STRIKE |
| FIRST AMERICAN TITLE COMPANY AND | DEFENDANT'S MEMORANDUM OF POINTS |
| SELECT PORTFOLIO SERVICING, INC AND | AND AUTHORITIES IN SUPPORT OF A |
| HENRY J PAULSON, U.S. SECRETARY OF | MOTION TO DISMISS PLAINTIFF'S SECOND |
| THE TREASURY AND MICHAEL B MUKASEY, | AMENDED COMPLAINT |
| U.S. ATTORNEY GENERAL, as ALIEN | |
| PROPERTY CUSTODIAN | Judge: Magistrate Judge Howard R. Lloyd |
| Defendants. | |

Petitioner/Libellant/Suitor, GILBERTO FERNANDEZ JR, on his own behalf, appearing without,

and wanting meaningful and effective assistance of counsel, but unable to find same,  hereby in

good faith, states that this Petition is timely and is not intended to hinder or delay and is made

pursuant to the **FRCP 12(f)** and hereby petitions this Court to order the striking from the record

any pleading, any insufficient defense or any redundant, immaterial, impertinent, moot, or

scandalous matter contained DEFENDANTS SELECT PORTFOLIO SERVICING, INC., AND

1  FIRST AMERICAN TITLE COMPANY MOTION TO DISMISS, and  MEMORANDUM OF

2  POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND

3  AMENDED COMPLAINT, and states as follows:

4                              **SUMMARY OF ARGUMENT**

5  1.  As an answer to Plaintiff's SECOND AMENDED COMPLAINT, DEFENDANTS SELECT

6      PORTFOLIO SERVICING, INC., AND FIRST AMERICAN TITLE COMPANY'S, MOTION

7      TO DISMISS, and MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF

       THE MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT is insufficient

8      and places material facts in dispute.

9  2.  DEFENDANTS SELECT PORTFOLIO SERVICING, INC., AND FIRST AMERICAN TITLE

10     COMPANY'S, MOTION TO DISMISS, and MEMORANDUM OF POINTS AND

11     AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND

       AMENDED COMPLAINT is without merit and should be struck from the record.

12

13                                  **CONCLUSION**

14  WHEREFORE Plaintiff requests that DEFENDANTS SELECT PORTFOLIO SERVICING, INC.,

15  AND FIRST AMERICAN TITLE COMPANY'S, MOTION TO DISMISS, and MEMORANDUM OF

    POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND

16  AMENDED COMPLAINT be struck from the record.

17

18

19  Dated this __2__ day of ___September___, 2008.

20

21
                              By: _____
22                                GILBERTO FERNANDEZ JR.
                                  1461 BURROWS RD
23                                CAMPBELL, CA 95008
                                  408-500-8511
24

25                                _____

26                                Gilberto Junior: Fernandez

27