*E-filed 9/24/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILBERTO FERNANDEZ, JR.,<br>  Plaintiff,<br>  v.<br>ALLIANCE BANCORP, et. al,<br>  Defendants.<br>_____/ | Case No. CV 08-02909 HRL<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE, DENYING PLAINTIFF'S REQUEST FOR CONTINUANCE** |

PLEASE TAKE NOTICE THAT on the court's own motion, the Initial Case Management Conference—currently noticed for September 30, 2008 at 1:30 p.m.—is continued to **November 4, 2008 at 1:30 p.m.** in Courtroom 2, 5th floor of the United States District Court, San Jose. The joint case management statement shall be filed not later than October 28, 2008.

In addition, the court has received plaintiff's Petition for Leave to File Out of Time and Request for a 45-day Continuance (docket number 35). In it, plaintiff requests that the court grant him permission to file his "Objection and Petition in the Nature of a Motion to Strike," which the court understands to be his "reply." In fact, plaintiff filed a motion to strike the Federal Defendants' Motion to Dismiss on the same day. Plaintiff's motion to strike was timely filed, and will be considered by the court.

1   Plaintiff also requested the court grant him a 45-day continuance "in which to exhaust
2   his Administrative Remedy as suggested" in the Motion to Dismiss. It appears that plaintiff
3   does not understand that portion of the brief. The Federal defendants' claim that plaintiff failed
4   to exhaust his administrative remedies *before* filing the instant action; the defendants do not
5   suggest that he exhaust them now. Plaintiff's request for continuance is, therefore, denied. The
6   defendants' motions to dismiss will be heard on **October 7, 2008 at 10:00 a.m.** in Courtroom
7   2, 5th floor of the United States District Court, San Jose, as originally noticed.

**IT IS SO ORDERED.**

Dated: 9/24/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

2

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

larry@glennwechsler.com
jgardner@sbgk.com
james.scharf@usdoj.gov
gribar@wrightlegal.net

**Gilberto Fernandez, Jr.**
1461 Burrows Road
Campbell, CA 95008

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  9/24/08

_____/s/ mpk_____
Chambers of Magistrate Judge Lloyd